UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In the Matter of:
STEPHANIE BURGESS            Chapter 13 Bankruptcy
       Debtor                Case No. 13-36273-GMH

---

**TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED
CHAPTER 13 PLAN AND NOTICE OF TRUSTEE'S OBJECTION TO CONFIRMATION**

---

Mary B. Grossman, Standing Chapter 13 Trustee has filed papers with the court objecting to the proposed plan filed by the Debtor.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

The Trustee, Mary B. Grossman, hereby objects to the proposed Chapter 13 Plan in this bankruptcy proceeding for the following reason(s):

    Failure to properly serve post-confirmation plan modification as required by Rule 3015(g).

The Trustee respectfully requests that a hearing be set in this matter.

    Dated at Milwaukee, Wisconsin, on February 12, 2016

                               OFFICE OF CHAPTER 13 TRUSTEE

                               /s/_____
                               Mary B. Grossman, Chapter 13 Trustee
                               Robert W. Stack, Staff Attorney
                               Christopher D. Schimke, Staff Attorney
                               Sandra M. Baner, Staff Attorney

**P.O. ADDRESS:**
P.O. Box 510920
Milwaukee, WI   53203
414-271-3943
414-271-9344 (Fax)
info@chapter13milwaukee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

___

In the Matter of:

STEPHANIE BURGESS

    Debtor

Chapter 13 Bankruptcy
Case No. 13-36273-GMH

___

## CERTIFICATE OF SERVICE
___

    I hereby certify that on February 12, 2016, the **TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN** and **NOTICE OF TRUSTEE'S OBJECTION TO CONFIRMATION** in this case were electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

        OFFICE OF THE U.S. TRUSTEE
        NICKOLAI & POLETTI, LLC

    I further certify that I have mailed by United States Postal Service the same documents to the following non-ECF participants:

        STEPHANIE BURGESS
        4323 NORTH 91ST STREET
        MILWAUKEE, WI 53222

Dated: February 12, 2016

        /s/_____
        Tongula Washington
        Administrative Assistant
        Office of the Chapter 13 Trustee
        P.O. Box 510920
        Milwaukee, WI 53203
        T: (414) 271-3943
        F: (414) 271-9344